IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCINE M. GLADDEN, | ) | 8:12CV40 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant's (second) motion for enlargement of time (filing 22) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by October 5, 2012;

2. Plaintiff may file a reply brief by October 19, 2012; and

3. This case shall be ripe for decision on October 22, 2012.

September 6, 2012.                  BY THE COURT:

                                                     *Richard G. Kopf*
                                                     Senior United States District Judge