IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCINE M. GLADDEN, | ) | 8:12CV40 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's (third) motion for enlargement of time
(filing 24) is granted, and the briefing schedule is modified as follows:

1.     Defendant shall file a brief by October 12, 2012;

2.     Plaintiff may file a reply brief by October 26, 2012; and

3.     This case shall be ripe for decision on October 29, 2012.

October 4, 2012.                    BY THE COURT:

                                    *Richard G. Kopf*
                                    Senior United States District Judge